UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY BEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT ONE BANK, N.A.,<br><br>　　　　　Defendant. | No. 2:17-cv-2569 TLN DB<br><br><br>ORDER |

Plaintiff, proceeding through counsel, commenced this action on December 7, 2017, by filing a complaint and a motion to proceed in forma pauperis. (ECF Nos. 1 & 2.) On December 8, 2017, the assigned District Judge referred to the undersigned the resolution of plaintiff's motion to proceed in forma pauperis. (ECF No. 3.) The undersigned finds that plaintiff's in forma pauperis application makes the showing required by the statute.

Accordingly, IT IS HEREBY ORDERED that plaintiff's December 8, 2017 motion to proceed in forma pauperis (ECF No. 2) is granted.

Dated: December 14, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\best2569.ifp.ord

1