YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY BEST, an individual;<br><br>        Plaintiff,<br><br>   v.<br><br>CREDIT ONE BANK, N.A.,<br><br>        Defendant. | Case No.: 2:17-cv-02569-TLN-DB<br><br>**ORDER SETTING ASIDE REQUEST FOR ENTRY OF DEFAULT AND ENTRY OF DEFAULT AGAINST DEFENDANT CREDIT ONE BANK, N.A.'S AND TO DISMISS ACTION WITHOUT PREJUDICE** |

Based on the foregoing Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Request for Entry of Default against defendant Credit One Bank, N.A., ("Defendant") filed on January 24, 2018 is hereby set aside and vacated;
2. The Entry of Default against Defendant entered on January 25, 2018 is hereby set aside and vacated; and
3. This present action, case no. 2:17-cv-02569-TLN-DB, shall be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: May 30, 2018

_____
Troy L. Nunley
United States District Judge